THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARTOLOME BRITO, Appellant.

Submitted October 24, 2005; decided December 20, 2005

Motion to vacate this Court's September 30, 2005 dismissal order denied [*see* 5 NY3d 825].